# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

REGINALD D. WILSON, )
)
    Plaintiff, )
)
v. ) No. 4:14-CV-415 CAS
)
JAMES G. SULLIVAN, et al., )
)
    Defendants. )

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for leave to proceed in forma pauperis. Plaintiff, an inmate at the St. Louis City Justice Center, has filed at least three previous cases that were dismissed as frivolous, malicious, or for failure to state a claim.[1] Under 28 U.S.C. § 1915(g), therefore, the Court may not grant the motion unless plaintiff was "under imminent danger of serious physical injury" at the time the complaint was filed. *See Martin v. Shelton*, 319 F.3d 1048, 1050 (8th Cir. 2003) (imminent danger of serious physical injury must exist at the time the complaint is filed). After reviewing the complaint, the Court finds no allegations indicating that plaintiff was in imminent danger of serious physical injury when he signed his complaint on or about February 27, 2014. As a result, the Court will deny the motion for leave to proceed in forma pauperis and will dismiss this action without prejudice to refiling as a fully paid complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis is **DENIED**. [Doc. 2]

---

[1] *See Wilson v. City of St. Louis*, No. 4:07-CV-854 SNL (E.D. Mo.); *Wilson v. Wilson*, No. 4:09-CV-160 MLM (E.D. Mo.); *Wilson v. Hallazzgo*, No. 4:09-CV-1346 TCM (E.D. Mo.); *Wilson v. State of Mo.*, No. 4:11-CV-1014 AGF (E.D. Mo.).

**IT IS FURTHER ORDERED** that this action is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(g).

A separate Order of Dismissal will accompany this Memorandum and Order.

*/s/ Charles A. Shaw*
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  11th  day of March, 2014.